B1 (Official Form 1) (04/13)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1 -872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-***** - PDF-XChange 4.0

| United States Bankruptcy Court Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):  Longo, Ralph R. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):  None | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):  7201 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)  58 Lakeland Avenue  Greenwood Lake, NY       ZIPCODE 10925 | Street Address of Joint Debtor (No. and Street, City, and State)       ZIPCODE |
| County of Residence or of the Principal Place of Business:  Orange | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  PO Box 1422  Greenwood Lake, NY       ZIPCODE 10925 | Mailing Address of Joint Debtor (if different from street address):       ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):       ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)
- [x] Individual (includes Joint Debtors)  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other  N.A.

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Ralph R. Longo |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:   Southern District of New York | Case Number: <br> 11-36224 | Date Filed: <br> 04/29/2011 |
| Location <br> Where Filed:   N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:   NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X   /s/ Mike Pinsky                         02/18/2015 <br>       Signature of Attorney for Debtor(s)         Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-***** - PDF-XChange 4.0

| B1 (Official Form 1) (04/13) | Page 3 |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Ralph R. Longo |

## Signatures

<table>
<tr>
<td>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Ralph R. Longo
_____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

02/18/2015
_____
Date

</td>
<td>

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition.   A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

</td>
</tr>
<tr>
<td>

### Signature of Attorney*

**X**   /s/ Mike Pinsky
_____
Signature of Attorney for Debtor(s)

MIKE PINSKY
_____
Printed Name of Attorney for Debtor(s)

Hayward, Parker, O'Leary & Pinsky
_____
Firm Name

225 Dolson Avenue, PO Box 929
_____
Address

Middletown, NY 10940
_____

845-343-6227
_____
Telephone Number

02/18/2015
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

**X** _____

_____
Date

Signature of bankruptcy petition  preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
<tr>
<td>

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

</td>
<td></td>
</tr>
</table>

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-***** - PDF-XChange4.0

In re    Ralph R. Longo                                              Case No. _____
      **Debtor**                                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence, in foreclosure<br><br>58 Lakeland Avenue<br>Greenwood Lake NY 10925 | Tenancy by the Entirety | | 215,000.00 | 399,118.63 |
| | | Total ⯈ | 215,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-***** - PDF-XChange 4.0

B6B (Official Form 6B) (12/07)

In re   Ralph R. Longo                                    Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account<br>HSBC | | 40.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Household furniture & furnishing | | 1,500.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | Wearing apparel | | 200.00 |
| 7.   Furs and jewelry. | | 2 watches, ring, necklace | | 220.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

In re   Ralph R. Longo                                              Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Possible 2014 tax refunds, subject to seizure by IRS & NYS | | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1991 Eagle Summit, inoperable, not registered<br>1989 Nissan 240SX, inoperable, not registered<br>1981 BMW 320, inoperable, not registered | | 100.00<br>100.00<br>500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re    Ralph R. Longo                                    Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Animals. | | dog | | 10.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Claim for personal injury, auto accident on 3-7-2011 Gentile & Associates 233 Fifth Avenue NY NY 10016 | | 5,000,000.00 |
| | | Monthly social security benefits of $2,075.00 | | 1.00 |
| | | Monthly pension benefits of $850.00 | | 1.00 |
| | | Personal property lawsuit Longo vs Hybrid Cars LTD & Jerrol Cutler | | 1.00 |
| | | Claim for personal injury, auto accident on 12-15-2011 Gentile & Associates 233 Fifth Avenue NY NY 10016 | | 5,000,000.00 |
| | | Claim for loss of future earnings arising from auto accident on 3/7/2011. | | 5,000,000.00 |
| | | Claim for loss of future earnings arising from auto accident on 12/15/2011. | | 5,000,000.00 |

_____0_____ continuation sheets attached        Total    $    20,002,673.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-***** - PDF-XChange 4.0

**B6C (Official Form 6C) (04/13)**

In re  Ralph R. Longo _____    Case No. _____

        **Debtor**            **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)          ☐ Check if debtor claims a homestead exemption that exceeds $155,675*.

☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence, in foreclosure | 11 U.S.C. 522(d)(1) | 11,475.00 | 215,000.00 |
| Checking account | 11 U.S.C. 522(d)(5) | 40.00 | 40.00 |
| Household furniture & furnishing | 11 U.S.C. 522(d)(3) | 1,500.00 | 1,500.00 |
| Wearing apparel | 11 U.S.C. 522(d)(3) | 200.00 | 200.00 |
| 2 watches, ring, necklace | 11 U.S.C. 522(d)(4) | 220.00 | 220.00 |
| dog | 11 U.S.C. 522(d)(3) | 10.00 | 10.00 |
| Claim for personal injury, auto accident on 3-7-2011 | 11 U.S.C. 522(d)(11)(D) | 22,975.00 | 5,000,000.00 |
| Monthly social security benefits of $2,075.00 | 11 U.S.C. 522(d)(10)(A) | 1.00 | 1.00 |
| Monthly pension benefits of $850.00 | 11 U.S.C. 522(d)(10)(E) | 1.00 | 1.00 |
| Claim for loss of future earnings arising from auto accident on 3/7/2011. | 11 U.S.C. 522(d)(11)(E) | 5,000,000.00 | 5,000,000.00 |
| Claim for loss of future earnings arising from auto accident on 12/15/2011. | 11 U.S.C. 522(d)(11)(E) | 5,000,000.00 | 5,000,000.00 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-****** - PDF-XChange4.0

B6D (Official Form 6D) (12/07)

In re _____,   Case No. _____
      Ralph R. Longo

          **Debtor**                                                                               **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Arrow Financial Services<br>c/o Forster & Garbus LLP<br>PO Box 9030<br>Commack NY 11725-9030 | | | Additional address<br><br><br><br><br>VALUE $        0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Chase Home Finance LLC<br>Attn: President/Managing Director<br>343 Thornall Street<br>Edison NJ 08818-9768 | | | Additional address<br><br><br><br><br>VALUE $        0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>JP Morgan Chase Bank, NA<br>Attn President<br>1111 Polaris Parkway<br>Columbus OH 43240 | | | Additional address<br><br><br><br><br>VALUE $        0.00 | | | | Notice Only | Notice Only |

  2    continuation sheets attached

Subtotal▷ $       0.00    $       0.00
(Total of this page)

Total▷ $          $
(Use only on last page)

           (Report also on    (If applicable, report
     Summary of Schedules) also on Statistical
                          Summary of Certain
                          Liabilities and Related
                          Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-***** - PDF-XChange4.0

**B6D (Official Form 6D) (12/07) – Cont**.

In re ___Ralph R. Longo_____,    Case No. _____

                        **Debtor**                                                                 **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8985<br><br>JPMorgan Chase & Co<br>Attn President<br>270 Park Ave Fl12<br>New York NY 10017 | | X | Lien: 1st mortgage<br>Security: Residence<br><br><br>VALUE $     215,000.00 | | | | 241,254.86 | 26,254.86 |
| ACCOUNT NO.<br><br>JPMorgan Chase Bank<br>c/o Fein Such Crane LLP<br>747 Chestnut Ridge Rd Ste 200<br>Chestnut Ridge NY 10977 | | | Additional address<br><br><br>VALUE $     0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>KeyBank NA<br>Attn President<br>127 Public Square<br>Cleveland OH 44114 | | | Lien: 2d mortgage<br>Security: Residence<br><br><br>VALUE $     215,000.00 | | | | 88,505.47 | 88,505.47<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>KeyBank NA<br>C/O Weltman Weinberg & Reis Co.,LPA<br>323 W Lakeside Ave 2nd Fl<br>Cleveland Ohio 44113 | | | Additional address<br><br><br>VALUE $     0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Seterus Inc<br>Attn Bankruptcy Dept<br>PO Box 2206<br>Grand Rapids MI 49501-2206 | | | Servicier for JPMorgan Chase<br><br><br>VALUE $     0.00 | | | | Notice Only | Notice Only |

Sheet no. _1_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

              Subtotal (s)     $   329,760.33   $
(Total(s) of this page)

              Total(s)     $             $
(Use only on last page)

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-***** - PDF-XChange 4.0

**B6D (Official Form 6D) (12/07) – Cont**.

In re ___Ralph R. Longo_____,    Case No. _____

                        **Debtor**                                                           **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Seterus Inc<br>Attn President<br>14523 Southwest Millikan Way Ste 200<br>Beaverton OR 97005 | | | Additional address<br><br><br>VALUE $          0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Seterus Inc<br>Attn President<br>PO Box 4121<br>Grand Rapids MI 49501 | | | Additional address<br><br><br>VALUE $          0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Teresa Landano<br>48 Woodlake Drive<br>Croton on Hudson NY 10520 | | | Lien: Judgment lien<br>Security: Residence<br><br>VALUE $   215,000.00 | | | | 58,945.15 | 58,945.15<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>Thomas & Christina Bizzoco<br>62 Lakelands Avenue<br>Greenwood Lake NY 10925 | | | Lien: Judgment<br>Security: Residence<br><br>VALUE $   215,000.00 | | | | 4,020.40 | 4,020.40<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>Thomas & Christina Bizzoco<br>c/o Gildin Zelenitz & Shapiro PC<br>138-44 Queens Blvd 2d Fl<br>Briarwood NY 11435 | | | Additional address<br><br><br>VALUE $          0.00 | | | | Notice Only | Notice Only |

Sheet no. _2_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) (Total(s) of this page)   $   62,965.55   $   62,965.55

Total(s) (Use only on last page)   $   392,725.88   $   177,725.88

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13)

In re  Ralph R. Longo                                                              ,        Case No._____
                      Debtor                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re___Ralph R. Longo_____,    Case No._____
                        Debtor                                                                    (if known)

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07)

In re ___Ralph R. Longo_____,          Case No. _____
             **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>American Express<br>c/o Beckett & Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | | | Additional address | | | | Notice Only |
| ACCOUNT NO.<br><br>American Express<br>PO Box 981537<br>El Paso TX 79998 | | | Consideration: Credit card debt | | | | 15,127.00 |
| ACCOUNT NO.<br><br>American Express<br>PO Box 981537<br>El Paso TX 79998 | | | Consideration: Credit card debt | | | | 1,871.00 |
| ACCOUNT NO.<br><br>Arrow Financial Services<br>apo GE Money<br>5996 W Touhy Ave<br>Niles IL 60714 | | | | | | | 2,806.12 |

___7___ continuation sheets attached

Subtotal ▷ | $ | 19,804.12

Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Ralph R. Longo_____,    Case No. _____

**Debtor**                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Arrow Financial Services<br>c/o Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud MN 56302-9617 | | | Additional address | | | | Notice Only |
| ACCOUNT NO.<br><br>Asset Acceptance<br>c/o Fulton Friedman & Gullace LLP<br>28 E Main ST SteE 500<br>Rochester NY 14614 | | | Additional address | | | | Notice Only |
| ACCOUNT NO.<br><br>Asset Acceptance LLC<br>Assignee of Zales Citibank<br>PO Box 2036<br>Warren MI 48090 | | | Consideration: Deficiency claim | | | | 7,173.07 |
| ACCOUNT NO.<br><br>Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090 | | | Consideration: Deficiency claim | | | | 3,980.51 |
| ACCOUNT NO.<br><br>Bank of America<br>PO Box 982238<br>El Paso TX 79998-2238 | | | Consideration: Credit card debt | | | | 1,505.00 |

Sheet no. _1_ of _7_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    12,658.58

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re    Ralph R. Longo                                    ,        Case No. _____
                  **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bank of America<br>PO Box 982238<br>El Paso TX 79998-2238 | | | Consideration: Credit card debt | | | | 6,160.00 |
| ACCOUNT NO.<br><br>Bank of America<br>PO Box 982238<br>El Paso TX 79998-2238 | | | Consideration: Credit card debt | | | | 4,607.00 |
| ACCOUNT NO.<br><br>Bureau of Collection Recovery LLC<br>7575 Corporate Way<br>Eden Prairie MN 55344 | | | Consideration: Collection account | | | | 198.00 |
| ACCOUNT NO.<br><br>Cavalry Portfolio Services LLC<br>apo Bank of America FIA Card Svc<br>7 Skyline Dr Ste 3<br>Hawthorne NY 10532 | | | Consideration: Credit card debt | | | | 13,216.00 |
| ACCOUNT NO.<br><br>Cavalry Portfolio Services LLC<br>c/o Laurence A Hecker Esq<br>2 C South Gold Drive<br>Hamilton NJ 08691 | | | Additional address | | | | Notice Only |

Sheet no. __2__ of __7__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $    24,181.00

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-872 - Wednesday, February 18, 2015, at 16:49:58 - 3102.3-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Ralph R. Longo                                          ,        Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Discover Bank<br>PO Box 3025<br>New Albany OH  43054-3025 | | | Consideration: Credit card debt | | | | 11,973.32 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | | Consideration: 2005 - 2010 income tax | | | | 30,357.40 |
| ACCOUNT NO.<br><br>LVNV Funding LLC<br>apo GE Capital<br>PO Box 10584<br>Greenville SC 29603-0584 | | | | | | | 1,765.36 |
| ACCOUNT NO.<br><br>LVNV Funding LLC<br>c/o Tate & Kirlin Associates<br>2810 Southampton Rd<br>Philadelphia PA 19154 | | | Additional address | | | | Notice Only |
| ACCOUNT NO.<br><br>Medclr-Inovision Portfolio Acquisitions<br>apo Fire Dept of the City of New York<br>111 Eighth Avenue<br>New York NY  10011 | | | Consideration: Medical services | | | | 426.00 |

Sheet no. _3_ of _7_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷   $        44,522.08

Total▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Ralph R. Longo                                          ,          Case No. _____
                    **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Medclr-Inovision Portfolio Acquisitions<br>apo Fire Dept the City of New York<br>c/o NCO Financial Systems<br>507 Prudential Road<br>Horsham PA 19044 | | | Additional address | | | | Notice Only |
| ACCOUNT NO.  6663<br>Midland Funding LLC<br>apo Bank of America<br>8875 Aero Drive Suite 200<br>San Diego CA 92123 | | | | | | | 15,016.80 |
| ACCOUNT NO.  4383<br>Midland Funding LLC<br>apo Citibank<br>8875 Aero Drive Suite 200<br>San Diego CA 92123 | | | | | | | 22,190.00 |
| ACCOUNT NO.  0913<br>Midland Funding LLC<br>apo Citibank<br>8875 Aero Drive Suite 200<br>San Diego CA 92123 | | | | | | | 20,504.00 |
| ACCOUNT NO.  7144<br>Midland Funding LLC<br>apo GE Money<br>8875 Aero Drive Suite 200<br>San Diego CA 92123 | | | | | | | 2,565.00 |

Sheet no.  4   of  7   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $        60,275.80

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re _Ralph R. Longo_____ ,   Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4653<br><br>Midland Funding LLC<br>apo HSBC Bank<br>8875 Aero Drive Suite 200<br>San Diego CA 92123 | | | | | | | 14,426.00 |
| ACCOUNT NO.  4169<br><br>Midland Funding LLC<br>apo HSBC Bank<br>8875 Aero Drive Suite 200<br>San Diego CA 92123 | | | | | | | 1,472.00 |
| ACCOUNT NO.  5962<br><br>Midland Funding LLC<br>apo HSBC Bank Nevada NA<br>8875 Aero Drive Suite 200<br>San Diego CA 92123 | | | | | | | 10,660.00 |
| ACCOUNT NO.<br><br>Osterer & Rosenwasser LLP<br>111 Main St<br>PO Box 509<br>Chester NY 10918 | | | Consideration: Legal fees | | | | 15,000.00 |
| ACCOUNT NO.<br><br>Paul Michael Marketing<br>18609 Union Turnpike<br>Flushing NY 11366 | | | Consideration: Credit card debt | | | | 174.00 |

Sheet no. _5_ of _7_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $　　41,732.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Ralph R. Longo                                        ,        Case No. _____
             **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PC Richards GE Money Bank<br>Attn Bankruptcy Dept<br>PO Box 103106<br>Roswell GA 30076 | | | Consideration: Credit card debt | | | | 2,227.00 |
| ACCOUNT NO.<br><br>Pinpoint Technologies Too LLC<br>apo JPMorgan Chase Bank<br>c/o Mel S. Harris & Associates LLC<br>5 Hanover Square, 8th Fl<br>New York NY 10004 | | | Consideration: Credit card debt | | | | 6,366.51 |
| ACCOUNT NO.<br><br>SST CIGPF1C<br>4315 Pickett Road<br>St Joseph MO 64503 | | | | | | | 14,560.00 |
| ACCOUNT NO.<br><br>Synchrony Bank-JC Penney<br>Attn: Bankruptcy Dept<br>PO Boox 103104<br>Roswell GA 30076 | | | Consideration: Credit card debt | | | | 1,146.00 |
| ACCOUNT NO.<br><br>Synchrony Bank-Sams Club<br>Attn: Bankruptcy Dept<br>PO Box 965060<br>Orlando FL 32896-5060 | | | Consideration: Credit card debt | | | | 1,897.00 |

Sheet no. _6_ of _7_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $    26,196.51

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Ralph R. Longo _____ ,       Case No. _____
                     **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Verizon Wireless <br> c/o AFNI <br> PO Box 3247 <br> Bloomington IL 61702-3517 | | | | | | | 505.72 |
| ACCOUNT NO. <br><br> Verizon Wireless Bankruptcy Dept <br> 500 Technology Dr # 550 <br> St Charles MO 63304-2225 | | | Consideration: Wireless service | | | | 273.51 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. _7_ of _7_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

        Subtotal ▷   $     779.23

        Total ▷   $     230,149.32

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-872 - Wednesday, February 18, 2015, at 16:49:58 - 31023-302Y-*****- PDF-XChange 4.0

B6G (Official Form 6G) (12/07)

In re Ralph R. Longo _____     Case No. _____
                    **Debtor**                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

B6H (Official Form 6H) (12/07)

In re   Ralph R. Longo                                              Case No. _____
            **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Maureen Longo<br>4299 Martha Ave 3rd Fl<br>Bronx NY 10470 | Seterus Inc<br>Attn Bankruptcy Dept<br>PO Box 2206<br>Grand Rapids MI 49501-2206 |

**Fill in this information to identify your case:**

Debtor 1    Ralph R. Longo
         First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: _____ Southern _____ District of ___ NY ___

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form **B 6I**

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☒ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Disabled | |
| **Employer's name** | | |
| **Employer's address** | Number   Street | Number    Street |
| | City      State    ZIP Code | City      State    ZIP Code |
| **How long employed there?** | _____ | _____ |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ _____ 0.00 | $ _____ N.A. |
| 3. | Estimate and list monthly overtime pay. | 3. + $ _____ 0.00 | + $ _____ N.A. |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ _____ 0.00 | $ _____ N.A. |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-872 - Wednesday, February 18, 2015, at 16:49:59 - 31023-302Y-***** - PDF-XChange 4.0

Debtor 1    Ralph R. Longo

First Name    Middle Name    Last Name

Case number *(if known)*_____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .................................................................➔ | 4. | $ 0.00 | $ N.A. |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N.A. |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N.A. |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N.A. |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N.A. |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N.A. |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N.A. |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N.A. |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ N.A. |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ N.A. |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N.A. |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N.A. |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N.A. |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N.A. |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N.A. |
| 8e. **Social Security** | 8e. | $ 2,075.00 | $ N.A. |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N.A. |
| 8g. **Pension or retirement income** | 8g. | $ 850.00 | $ N.A. |
| 8h. **Other monthly income.** Specify: 3rd party contribution | 8h. | + $ 500.00 | + $ N.A. |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 3,425.00 | $ N.A. |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,425.00 + | $ N.A. = $ 3,425.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12. $ 3,425.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

[X] No.

[ ] Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    Ralph R. Longo
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name        Last Name

United States Bankruptcy Court for the:    Southern    District of NY

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

☒ No.  Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

    ☐ No
    ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☒ No
☐ Yes. Fill out this information for each dependent...........

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☒ No
☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

|  |  |  | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $                1,782.00 |
|  | **If not included in line 4:** |  |  |
| 4a. | Real estate taxes | 4a. | $                0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $                0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $                100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $                0.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-872 - Wednesday, February 04, 2015, at 12:17:40 - 31023-302Y-*****

Debtor 1    Ralph R. Longo
First Name    Middle Name    Last Name

Case number (if known)_____

**Your expenses**

| | | |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | $_____0.00_____ |
| 6. Utilities: | | |
| 6a. Electricity, heat, natural gas | 6a. | $_____250.00_____ |
| 6b. Water, sewer, garbage collection | 6b. | $_____30.00_____ |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____99.00_____ |
| 6d. Other. Specify: _____Security_____ | 6d. | $_____30.00_____ |
| 7. Food and housekeeping supplies | 7. | $_____300.00_____ |
| 8. Childcare and children's education costs | 8. | $_____0.00_____ |
| 9. Clothing, laundry, and dry cleaning | 9. | $_____50.00_____ |
| 10. Personal care products and services | 10. | $_____20.00_____ |
| 11. Medical and dental expenses | 11. | $_____0.00_____ |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____350.00_____ |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $_____0.00_____ |
| 14. Charitable contributions and religious donations | 14. | $_____0.00_____ |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $_____0.00_____ |
| 15b. Health insurance | 15b. | $_____0.00_____ |
| 15c. Vehicle insurance | 15c. | $_____0.00_____ |
| 15d. Other insurance. Specify:_____ | 15d. | $_____0.00_____ |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $_____0.00_____ |
| 17. Installment or lease payments: | | |
| 17a. Car payments for Vehicle 1 | 17a. | $_____0.00_____ |
| 17b. Car payments for Vehicle 2 | 17b. | $_____0.00_____ |
| 17c. Other. Specify:_____2d mortgage_____ | 17c. | $_____0.00_____ |
| 17d. Other. Specify:_____ | 17d. | $_____0.00_____ |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I). | 18. | $_____0.00_____ |
| 19. Other payments you make to support others who do not live with you. Specify:_____6_____ | 19. | $_____0.00_____ |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | | |
| 20a. Mortgages on other property | 20a. | $_____0.00_____ |
| 20b. Real estate taxes | 20b. | $_____0.00_____ |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $_____0.00_____ |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $_____0.00_____ |
| 20e. Homeowner's association or condominium dues | 20e. | $_____0.00_____ |

Debtor 1    Ralph R. Longo
_____    Case number (if known)_____
First Name    Middle Name    Last Name

21.  **Other.** Specify: ___petfood/vet 20; cigarettes 60_____    21.  **+$** _____80.00_

22.  **Your monthly expenses.** Add lines 4 through 21.    22.  $ _____3,091.00_
     The result is your monthly expenses.

23. **Calculate your monthly net income.**

   23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $ _____3,425.00_

   23b.  Copy your monthly expenses from line 22 above.    23b.  **–$** _____3,091.00_

   23c.  Subtract your monthly expenses from your monthly income.    23c.  $ _____334.00_
         The result is your *monthly net income.*

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.
    ☐ Yes.    Explain here:

**B6 Summary (Official Form 6 - Summary) (12/14)**

# United States Bankruptcy Court
## Southern District of New York

In re    Ralph R. Longo _____     Case No. _____

                   Debtor

                                                  Chapter    13 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 215,000.00 | | |
| B – Personal Property | YES | 3 | $ 20,002,673.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $ 392,725.88 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 230,149.32 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 3,425.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $ 3,091.00 |
| **TOTAL** | | 25 | $ 20,217,673.00 | $ 622,875.20 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-872 - Wednesday, February 18, 2015, at 16:49:59 - 31023-302Y-***** - PDF-XChange 4.0

Official Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Southern District of New York

In re    Ralph R. Longo
_____    Case No. _____

Debtor

Chapter    ____13____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $ 3,425.00 |
| Average Expenses (from Schedule J, Line 22) | $ 3,091.00 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ 847.50 |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 177,725.88 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4.  Total from Schedule F | | $ 230,149.32 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 407,875.20 |

B6 (Official Form 6 - Declaration) (12/07)

Ralph R. Longo

In re _____        Case No. _____
                        **Debtor**                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____27____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _02/18/2015_____        Signature: ___/s/ Ralph R. Longo_____
                                                                                      **Debtor**

Date _____        Signature: _____Not Applicable_____
                                                                                      **(Joint Debtor, if any)**

[If joint case, both spouses must sign.]

---------------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                      Social Security No.
of Bankruptcy Petition Preparer                                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
    Signature of Bankruptcy Petition Preparer                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---------------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____

                                             _____
                                           [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In Re  Ralph R. Longo                                                    Case No. _____
                                                                                        (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None


State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-872 - Wednesday, February 18, 2015, at 16:49:59 - 31023-302Y-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                                          2

---

**2.  Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

---

**3.  Payments to creditors**

None
☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None
☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                        3

None
☒

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| KeyBank NA vs Ralph R Longo Index No. 2010-011298 | Foreclosure | Supreme Court State of New York Orange County | Pending |
| Ralph Longs vs Thomas & Christina Bizzoco Index No. 11900/2007 | Quiet Title | Supreme Court State of New York Orange County | Judgment entered 12/21/12 |
| Arrow Financial Services LLC vs Ralph Longo Index No. 10198/2008 | Collection | Supreme Court State of New York Orange County | Judgment entered 3/3/09 |
| Teresa Landano vs Ralph Longo Index No. 16650/07 | | Supreme Court State of New York Westchester County | Judgment filed in Orange County on 10/09/2008 |
| JPMorgan Chase Bank NA vs Ralph Longo Index | Foreclosure | Supreme Court State of New York Orange County | Order of Reference |

None
☒

b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                              4

**5.   Repossessions, foreclosures and returns**

None
☒

    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and Receiverships**

None
☒

    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None
☒

    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                          5

---

**8.  Losses**

None
☒

      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9.  Payments related to debt counseling or bankruptcy**

None
☐

      List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Hayward, Parker, O'Leary & Pinsky<br>225 Dolson Ave, PO Box 929<br>Middletown, NY 10940<br><br>101creditcounseling.com | | Legal fee:   $3,500.00<br>Filing fee:      310.00 |

---

**10.  Other transfers**

None
☐

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Thomas & Christina Bizzoco<br>Relationship: none | 4/8/2014 | per Stipulation of Settlement,; Longo v Bizzoco<br>Orange County Index No. 2007-11900 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-872 - Wednesday, February 18, 2015, at 16:49:59 - 31023-302Y-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                          6

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case
to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.
Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share
accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under
chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days
preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                    7

---

**14.  Property held for another person**

None          List all property owned by another person that the debtor holds or controls.
☒

     NAME AND              DESCRIPTION AND            LOCATION OF PROPERTY
ADDRESS OF OWNER         VALUE OF PROPERTY

---

**15.  Prior address of debtor**

None          If the debtor has moved within the three years immediately preceding the commencement of this case, list all
☒     premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a
joint petition is filed, report also any separate address of either spouse.

ADDRESS                     NAME USED               DATES OF OCCUPANCY

---

**16.  Spouses and Former Spouses**

None          If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska,
☒     Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within
eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state.

     NAME

---

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances,
wastes, or material.

     "Site" means any location, facility, or property as defined under any Environmental Law, whether or not
     presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

     "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
     hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None          a.    List the name and address of every site for which the debtor has received notice in writing by a governmental
☒     unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the
governmental unit, the date of the notice, and, if known, the Environmental Law:

     SITE NAME          NAME AND ADDRESS        DATE OF       ENVIRONMENTAL
AND ADDRESS       OF GOVERNMENTAL UNIT     NOTICE         LAW

B7 (Official Form 7) (04/13)                                                                                        8

---

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

---

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)                                                                                      9

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, record and financial statements**

None
☒

a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED

---

None
☒

b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                          DATES SERVICES RENDERED

---

None
☒

c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                              ADDRESS

---

None
☒

d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                      DATE
                                                     ISSUED

---

**20. Inventories**

None
☒

a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-872 - Wednesday, February 18, 2015, at 16:49:59 - 31023-302Y-***** - PDF-XChange4.0

B7 (Official Form 7) (04/13)                                                                                                                    10

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒       reported in a., above.

DATE OF INVENTORY                                    NAME AND ADDRESSES OF CUSTODIAN OF
                                                              INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS              NATURE OF INTEREST                 PERCENTAGE OF INTEREST

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☒       or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                 NATURE AND PERCENTAGE OF
                                                                STOCK OWNERSHIP

**22. Former partners, officers, directors and shareholders**

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☒       preceding the commencement of this case.

NAME                        ADDRESS                    DATE OF WITHDRAWAL

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☒       within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                 DATE OF TERMINATION

**23.    Withdrawals from a partnership or distribution by a corporation**

None        If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒       including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
        during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF               DATE AND PURPOSE                 AMOUNT OF MONEY OR
RECIPIENT, RELATIONSHIP           OF WITHDRAWAL                 DESCRIPTION AND VALUE
     TO DEBTOR                                                         OF PROPERTY

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-872 - Wednesday, February 18, 2015, at 16:49:59 - 31023-302Y-***** - PDF-XChange4.0

B7 (Official Form 7) (04/13)                                                                                                11

---

### 24.  Tax Consolidation Group

None
☒          If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of
           any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year
           period immediately preceding the commencement of the case.

        NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

### 25.  Pension Funds

None
☒          If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
           which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
           immediately preceding the commencement of the case.

        NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

<div align="center">

*   *   *   *   *   *

</div>

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct.

| Date | 02/18/2015 | Signature of Debtor | /s/ Ralph R. Longo |
|------|------------|---------------------|--------------------|
|      |            |                     | RALPH R. LONGO     |

B7 (Official Form 7) (04/13)                                                                                        12

<div style="transform: rotate(90deg)">Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-872 - Wednesday, February 18, 2015, at 16:49:59 - 31023-302Y-***** - PDF-XChange 4.0</div>

_0_  continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

AMERICAN EXPRESS
CO BECKETT  LEE LLP
PO BOX 3001
MALVERN PA 19355-0701


AMERICAN EXPRESS
PO BOX 981537
EL PASO TX 79998


ARROW FINANCIAL SERVICES
APO GE MONEY
5996 W TOUHY AVE
NILES IL 60714


ARROW FINANCIAL SERVICES
CO FORSTER  GARBUS LLP
PO BOX 9030
COMMACK NY 11725-9030


ARROW FINANCIAL SERVICES
CO JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302-9617


ASSET ACCEPTANCE
CO FULTON FRIEDMAN  GULLACE LLP
28 E MAIN ST STEE 500
ROCHESTER NY 14614


ASSET ACCEPTANCE LLC
ASSIGNEE OF ZALES CITIBANK
PO BOX 2036
WARREN MI 48090


ASSET ACCEPTANCE LLC
PO BOX 2036
WARREN MI 48090

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BUREAU OF COLLECTION RECOVERY LLC
7575 CORPORATE WAY
EDEN PRAIRIE MN 55344

CAVALRY PORTFOLIO SERVICES LLC
APO BANK OF AMERICA FIA CARD SVC
7 SKYLINE DR STE 3
HAWTHORNE NY 10532

CAVALRY PORTFOLIO SERVICES LLC
CO LAURENCE A HECKER ESQ
2 C SOUTH GOLD DRIVE
HAMILTON NJ 08691

CHASE HOME FINANCE LLC
ATTN PRESIDENTMANAGING DIRECTOR
343 THORNALL STREET
EDISON NJ 08818-9768

DISCOVER BANK
PO BOX 3025
NEW ALBANY OH  43054-3025

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

JP MORGAN CHASE BANK NA
ATTN PRESIDENT
1111 POLARIS PARKWAY
COLUMBUS OH 43240

JPMORGAN CHASE  CO
ATTN PRESIDENT
270 PARK AVE FL12
NEW YORK NY 10017


JPMORGAN CHASE BANK
CO FEIN SUCH CRANE LLP
747 CHESTNUT RIDGE RD STE 200
CHESTNUT RIDGE NY 10977


KEYBANK NA
ATTN PRESIDENT
127 PUBLIC SQUARE
CLEVELAND OH 44114


KEYBANK NA
CO WELTMAN WEINBERG  REIS COLPA
323 W LAKESIDE AVE 2ND FL
CLEVELAND OHIO 44113


LVNV FUNDING LLC
APO GE CAPITAL
PO BOX 10584
GREENVILLE SC 29603-0584


LVNV FUNDING LLC
CO TATE  KIRLIN ASSOCIATES
2810 SOUTHAMPTON RD
PHILADELPHIA PA 19154


MAUREEN LONGO
4299 MARTHA AVE 3RD FL
BRONX NY 10470


MEDCLR-INOVISION PORTFOLIO ACQUISITIONS
APO FIRE DEPT OF THE CITY OF NEW YORK
111 EIGHTH AVENUE
NEW YORK NY  10011

MEDCLR-INOVISION PORTFOLIO ACQUISITIONS
APO FIRE DEPT OF THE CITY OF NEW YORK
CO NCO FINANCIAL SYSTEMS
507 PRUDENTIAL ROAD
HORSHAM PA 19044

MIDLAND FUNDING LLC
APO BANK OF AMERICA
8875 AERO DRIVE SUITE 200
SAN DIEGO CA 92123

MIDLAND FUNDING LLC
APO CITIBANK
8875 AERO DRIVE SUITE 200
SAN DIEGO CA 92123

MIDLAND FUNDING LLC
APO GE MONEY
8875 AERO DRIVE SUITE 200
SAN DIEGO CA 92123

MIDLAND FUNDING LLC
APO HSBC BANK
8875 AERO DRIVE SUITE 200
SAN DIEGO CA 92123

MIDLAND FUNDING LLC
APO HSBC BANK NEVADA NA
8875 AERO DRIVE SUITE 200
SAN DIEGO CA 92123

OSTERER  ROSENWASSER LLP
111 MAIN ST
PO BOX 509
CHESTER NY 10918

PAUL MICHAEL MARKETING
18609 UNION TURNPIKE
FLUSHING NY 11366

PC RICHARDS GE MONEY BANK
ATTN BANKRUPTCY DEPT
PO BOX 103106
ROSWELL GA 30076

PINPOINT TECHNOLOGIES TOO LLC
APO JPMORGAN CHASE BANK
CO MEL S HARRIS  ASSOCIATES LLC
5 HANOVER SQUARE 8TH FL
NEW YORK NY 10004

SETERUS INC
ATTN BANKRUPTCY DEPT
PO BOX 2206
GRAND RAPIDS MI 49501-2206

SETERUS INC
ATTN PRESIDENT
14523 SOUTHWEST MILLIKAN WAY STE 200
BEAVERTON OR 97005

SETERUS INC
ATTN PRESIDENT
PO BOX 4121
GRAND RAPIDS MI 49501

SST CIGPF1C
4315 PICKETT ROAD
ST JOSEPH MO 64503

SYNCHRONY BANK-JC PENNEY
ATTN BANKRUPTCY DEPT
PO BOOX 103104
ROSWELL GA 30076

SYNCHRONY BANK-SAMS CLUB
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060


TERESA LANDANO
48 WOODLAKE DRIVE
CROTON ON HUDSON NY 10520


THOMAS  CHRISTINA BIZZOCO
62 LAKELANDS AVENUE
GREENWOOD LAKE NY 10925


THOMAS  CHRISTINA BIZZOCO
CO GILDIN ZELENITZ  SHAPIRO PC
138-44 QUEENS BLVD 2D FL
BRIARWOOD NY 11435


VERIZON WIRELESS
CO AFNI
PO BOX 3247
BLOOMINGTON IL 61702-3517


VERIZON WIRELESS BANKRUPTCY  DEPT
500 TECHNOLOGY DR  550
ST CHARLES MO 63304-2225

## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re  Ralph R. Longo                                          ,

                        Debtor

Case No.  _____

Chapter  ___13_____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 6 pages, is true, correct and complete to the best of my knowledge.

Date  02/18/2015_____

Signature
of Debtor

/s/ Ralph R. Longo_____

RALPH R. LONGO

Mike Pinsky
Hayward, Parker,
O'Leary & Pinsky
225 Dolson Avenue,
PO Box 929
Middletown, NY 10940
845-343-6227

B203
12/94

# United States Bankruptcy Court
## Southern District of New York

In re  Ralph R. Longo

Case No. _____

Chapter _____ 13 _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................……………………...... $ ___3,500.00___

Prior to the filing of this statement I have received ........……………….............. $ ___3,500.00___

Balance Due ...................................................…………………….................... $ _____0.00_____

2.   The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

In additional, the debtor paid the filing fee of $310.00.

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:
The commencement, prosecution or defense of any motion practice, contested matter(s) or adversary proceeding(s), including but not limited to loss mitigation proceedings, claims objections, matters involving the automatic stay (including the defense of motions for relief from the stay or the extension or imposition of the stay), objections to claims of exemption(s) or steps taken for the protection or preservation of exemption rights, motions to avoid liens (whether judicial liens, junior mortgage liens, or non- purchase money security interests), matters involving the sale, lease or use of property (including the use of cash collateral), matters involving financing, matters involving the cramdown of secured claims, the retention of professionals, applications for compensation  and reimbursement of expenses, transactional matters, matters involving abandonment, turnover, preference or fraudulent conveyance, appeals from orders of the Bankruptcy Court, the defense of appeals taken by others from orders of the Bankruptcy Court, and proceedings in any other court, tribunal or administrative agency.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____02/18/2015_____          _____/s/ Mike Pinsky_____
Date                                                          Signature of Attorney

                                                              Hayward, Parker, O'Leary & Pinsky
                                                              Name of law firm

---

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-872 - Wednesday, February 18, 2015, at 16:49:59 - 31023-302Y-***** - PDF-XChange 4.0

**Fill in this information to identify your case:**

Debtor 1    Ralph R. Longo
  First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    Southern    District of    NY
                                                               (State)

Case number
(if known)

---

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☒ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☒ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

---

Official Form 22C–1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1:    Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☒ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ 0.00 | $_____ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ 0.00 | $_____ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ 0.00 | $_____ 0.00 |
| 5. **Net income from operating a business, profession, or farm** | | |

5. **Net income from operating a business, profession, or farm**

| Gross receipts (before all deductions) | $_____ 0.00 | | |
|---|---|---|---|
| Ordinary and necessary operating expenses | − $_____ 0.00 | | |
| Net monthly income from a business, profession, or farm | $_____ 0.00  Copy here➨ | $_____ 0.00 | $_____ 0.00 |

6. **Net income from rental and other real property**

| Gross receipts (before all deductions) | $_____ 0.00 | | |
|---|---|---|---|
| Ordinary and necessary operating expenses | − $_____ 0.00 | | |
| Net monthly income from rental or other real property | $_____ 0.00  Copy here➨ | $_____ 0.00 | $_____ 0.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-872 - Wednesday, February 18, 2015, at 16:49:59 - 31023-302Y-***** - PDF-XChange4.0

Debtor 1    Ralph R. Longo
_____

First Name        Middle Name        Last Name

Case number *(if known)*_____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $_____0.00 | $_____0.00 |
| 8. **Unemployment compensation** | $_____0.00 | $_____0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .................................↴

| | |
|---|---|
| For you...................................................... | $_____0.00 |
| For your spouse ....................................... | $_____0.00 |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.                $_____847.50        $_____0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| | Column A | Column B |
|---|---|---|
| 10a. _____ | $_____0.00 | $_____0.00 |
| 10b. _____ | $_____0.00 | $_____0.00 |
| 10c. Total amounts from separate pages, if any. | + $_____0.00 | + $_____0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$_____847.50 **+** $_____0.00 **=** $_____847.50

**Total average monthly income**

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |
|---|---|

12. Copy your total average monthly income from line 11. ....................................................................................    $_____847.50

13. **Calculate the marital adjustment.** Check one:

☒ You are not married. Fill in 0 in line 13d.

☐ You are married and your spouse is filing with you. Fill in 0 in line 13d.

☐ You are married and your spouse is not filing with you.
Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13d.

| | |
|---|---|
| 13a. _____ | $_____ |
| 13b. _____ | $_____ |
| 13c. _____ | + $_____ |
| 13d. Total................................................................................ | $_____0.00  Copy here. ➡ 13d. — _____0.00 |

14. **Your current monthly income.** Subtract line 13d from line 12.                14.    $_____847.50

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ➡ ...............................................................................................    15a.    $_____847.50

Multiply line 15a by 12 (the number of months in a year).                                    **x  12**

15b. The result is your current monthly income for the year for this part of the form.    15b.    $_____10,170.00

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-872 - Wednesday, February 18, 2015, at 16:50:00 - 31023-302Y-***** - PDF-XChange 4.0

| Debtor 1 | Ralph R. Longo | | | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

16. **Calculate the median family income that applies to you.** Follow these steps:

  16a.  Fill in the state in which you live.      NewYork

  16b.  Fill in the number of people in your household.     1

  16c.  Fill in the median family income for your state and size of household.............................................................16c.  $  48,840.00
        To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

  17a.  ☒  Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Disposable Income* (Official Form 22C–2).

  17b.  ☐  Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Disposable Income (Official Form 22C–2).** On line 39 of that form, copy your current monthly income from line 14 above.

---

**Part 3:**    **Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)**

---

18. **Copy your total average monthly income from line 11.** ..................................................................................18.  $  847.50

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13d.

  If the marital adjustment does not apply, fill in 0 on line 19a.                     19a.  – $  0.00

  **Subtract line 19a from line 18.**                                  19b.  $  847.50

20. **Calculate your current monthly income for the year.** Follow these steps:

  20a.  Copy line 19b...........................................................................................................................20a.  $  847.50

        Multiply by 12 (the number of months in a year).          **x  12**

  20b.  The result is your current monthly income for the year for this part of the form.    20b.  $  10,170.00

  20c.  Copy the median family income for your state and size of household from line 16c. ...................  $  48,840.00

21. **How do the lines compare?**

  ☒  Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

  ☐  Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

---

**Part 4:**    **Sign Below**

---

  By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

  ✘  /s/ Ralph R. Longo                ✘
    Signature of Debtor 1                                 Signature of Debtor 2

  Date  02/18/2015                   Date _____
      MM / DD  / YYYY                              MM / DD  / YYYY

  If you checked 17a, do NOT fill out or file Form 22C–2.

  If you checked 17b, fill out Form 22C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-872 - Wednesday, February 18, 2015, at 16:50:00 - 31023-302Y-***** - PDF-XChange 4.0

| Debtor 1 | Ralph R. Longo | | Case Number (if known) | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

# Form 22 Continuation Sheet

## Monthly Income

**Month 1**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 847.50 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

**Month 2**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 847.50 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

**Month 3**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 847.50 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

**Month 4**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 847.50 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

**Month 5**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 847.50 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

**Month 6**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 847.50 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

## Additional Items as Designated, if any

## Remarks