

_____
1325 Franklin Avenue, Suite 230, Garden City, New York 11530
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

July 8, 2019

Chambers Hon. Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

      RE:    Debtor: Ralph R Longo
             Chapter: 7
             Case Number: 15-35259-cgm

Dear Chief Judge Morris:

Please be advised that a Motion for Relief from Stay was filed on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust ("Movant") in the above captioned bankruptcy case on July 8, 2019. The hearing on the Motion is scheduled for July 30, 2019 at 11:00am. Movant specifically waives the requirements of Bankruptcy Code 362(e).

Should you have any questions concerning the foregoing, please do no hesitate to contact the undersigned.


Very truly yours,


/s/Kimberly Barbour__
Kimberly Barbour
Paralegal

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 15-35259-cgm |
| | : | |
| | : | CHAPTER: 7 |
| Ralph R Longo, | : | |
| | : | HON. CHIEF JUDGE.: Cecelia G. |
| | : | Morris |
| Debtor. | : | |
| | : | |
| | : | HEARING DATE: July 30, 2019 at |
| | : | 11:00am |
| | : | |

-------------------------------------------------------------------X

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

**PLEASE TAKE NOTICE,** that upon the application of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Chalet Series III Trust ("Movant"), the undersigned shall move this Court for an Order, pursuant to 11 U.S.C. 362(d)(1); (i) vacating the automatic stay to permit movant, its successors and/or assigns, to enforce its mortgage on the Debtor's premises located at 58 Lakeland Avenue, Greenwood Lake, NY 10925; (ii) granting Movant reasonable attorney fees and costs; and (iii) granting Movant and for such other and further relief as is just and proper.

This motion shall be heard at the United States Bankruptcy Court, Southern District of New York, 355 Main Street, Main Poughkeepsie, NY 12601 on July 30, 2019 at 11:00am or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE**, that answering affidavits, if any, must be served so as to be received not later than seven (7) days before the return date of this motion.

Dated: New York, New York
July 8, 2019

By: /s/ Jonathan Schwalb
Jonathan Schwalb, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York
T: (212) 471-5100
F: (212) 471-5150

TO:

Ralph R Longo
PO Box 1422
Greenwood Lake, NY 10925
*Debtor*

Michael D. Pinsky
Michael D. Pinsky, P.C.
372 Fullerton Ave.
Ste #11
Newburgh, NY 12550
*Debtor's Attorney*

Michael O'Leary
Hayward, Parker & O'Leary Esq.
225 Dolson Ave, Ste 303
P.O. Box 929
Middletown, NY 10940
*Debtor's Attorney*

Christian H. Dribusch
Christian H. Dribusch, Ch. 7 Trustee
1001 Glaz Street
East Greenbush, NY 12061
*Trustee*

United States Trustee
Office of the United States Trustee
11A Clinton Ave.
Room 620
Albany, NY 12207
*U.S. Trustee*

Fein, Such, & Crane, LLP
1400 Old Country Road, Suite C103
Westbury, NY 11590

Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
::
IN RE:                                                            :   CASE NO.: 15-35259-cgm
                                                                  :
                                                                  :   CHAPTER: 7
Ralph R Longo,                                                    :
                                                                  :   HON. CHIEF JUDGE.: Cecelia G.
                                                                  :   Morris
Debtor.                                                           :
                                                                  :
                                                                  :   HEARING DATE: July 30, 2019 at
                                                                  :   11:00am
                                                                  :
------------------------------------------------------------------X

## MOTION FOR RELIEF FROM THE
## AUTOMATIC STAY REGARDING REAL PROPERTY

Jonathan Schwalb, an attorney at law duly admitted to practice before the Courts of the State of New York and the U.S. District for the Southern District of New York, hereby affirms the following to be true under penalty of perjury:

SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Chalet Series III Trust("Movant") hereby moves this Court for an Order pursuant to 11 U.S.C. 362(d)(1) and (d)(2); (i) vacating the automatic stay to permit movant, its successors and/or assigns, to enforce its mortgage on the Debtor's premises located at 58 Lakeland Avenue, Greenwood Lake, NY 10925 (the "Property"); (ii) granting Movant reasonable attorney fees and costs; and (iii) granting Movant  and for such other and further relief as is just and proper. In support of this Motion, Movant respectfully states:

## FACTUAL HISTORY

1. Movant is a secured creditor of the Debtor pursuant to a Note executed Ralph R. Longo (the "Debtor") and Maureen E. Longo (the "Co-Borrower") on November 5, 1998, whereby the Debtor and Co-Borrower promised to repay $167,700.00 plus interest to CTX Mortgage Company, Inc. (the "Note"). To secure the repayment of the Note, the Debtor and Co-Borrower executed a Mortgage in favor of CTX Mortgage Company, Inc., which was record on April 21, 1999 in the Orange County Clerk's Office in Liber 7176 Page 299 (the "Mortgage") encumbering real property located at 58 Lakeland Avenue, Greenwood Lake, NY 10925 (the "Property"). The Mortgage was ultimately assigned to Movant by an assignment of mortgage recorded on April 5, 2019 (the "Assignment of Mortgage"). A copy of the Note, Mortgage and Assignments of Mortgage are attached hereto as **Exhibit A**.

2. A Petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor on February 18, 2015.

## LEGAL ARGUMENT

3. Debtor has failed to make current mortgage payments due to Movant under the terms of the Note and Mortgage. As a result, the Mortgage remains due for the September 1, 2017 payment and each subsequent payment thereafter.

4. A copy of the Relief from Stay-Real Estate and Cooperative Apartments ("Affidavit") is attached hereto as **Exhibit B**.

5. Pursuant to 11 U.S.C. §362 (d)(1), the court shall enter an order granting a secured creditor relief from the automatic stay for cause "including the lack of adequate protection of an interest in property of such party and interest."

6. Specifically, courts have found cause for the granting of relief from an automatic stay where the debtor has failed to make post-petition mortgage payments as they become due. In Re Michael Lancelot Taylor, 151 B.R. 646,648 (Bankr. E.D.N.Y. 1993).

7. As set forth in the Affidavit, as of June 20, 2019, the outstanding amount of the Obligations less any partial payments or suspense balance due to Movant is $293,702.62.

8. Based upon the Debtors' Schedule A, the Property has an estimated value of approximately $215,000.00. A copy of the Debtors' Schedule A is attached hereto as **Exhibit C**. The total debt due to Movant is approximately $293,702.62. Therefore, no equity remains in the property and is not necessary for effective reorganization. Accordingly, relief from the automatic stay is also warranted under 11 U.S.C. 362(d)(2).

9. Movant respectfully requests reasonable attorney fees in the amount of $375.00 and costs in the amount of $181.00.

[SPACE LEFT INTENTIONALLY BLANK]

**WHEREFORE**, Movant respectfully requests an Order of this Court vacating the automatic stay for cause pursuant to 11 USC 362(d)(1) and (d)(2) allowing Movant, its agents, assigns or successors in interest, leave to foreclose the Mortgage secured by the subject Property; granting reasonable attorney fees and costs; and for such other, further and different relief as to this Court may deem just, proper and equitable.

Dated: New York, New York
      July 8, 2019

                                  By: /s/ Jonathan Schwalb
                                  Jonathan Schwalb, Esq.
                                  FRIEDMAN VARTOLO LLP
                                  Attorneys for Movant
                                  Friedman Vartolo LLP
                                  85 Broad Street, Suite 501
                                  New York, New York 10004
                                  T: (212) 471-5100
                                  F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
:
IN RE:                                            : CASE NO.: 15-35259-cgm
                                                  :
                                                  : CHAPTER: 7
Ralph R Longo,                                    :
                                                  : HON. CHIEF JUDGE.: Cecelia G.
                                                  : Morris
Debtor.                                           :
                                                  :
                                                  :
                                                  :
                                                  :
                                                  :
--------------------------------------------------------------------X

**ORDER GRANTING RELIEF FROM
THE AUTOMATIC STAY**

Upon the motion, dated July 8, 2019, (the "Motion"), of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Chalet Series III Trust (with any subsequent successor or assign, the "Movant"), for an order, pursuant to section 362(d)(1) and (d)(2) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Movant's interests 58 Lakeland Avenue, Greenwood Lake, NY 10925 (the "Property") to allow the Movant's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on July 30, 2019 and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED** that the Motion is granted as provided herein; and it is further

**ORDERED** that the automatic stay imposed in this case by 11 U.S.C. 362(a) of the Bankruptcy Code is vacated under sections 362(d)(1) and (d)(2) of the Bankruptcy Code as to the Movant's interest in the Property to allow the Movant's enforcement of its rights in, and remedies in and to, the Property; and it is further

**ORDERED** that the Movant is granted reasonable attorney fees in the amount of $375.00 and costs in the amount of $181.00 as provided in the loan documents; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report and turn over to the chapter 7 trustee any surplus monies realized by any sale of the Property; and it is further

**ORDERED** that unless specifically provided in loan documents signed by the debtor, the Movant may not collect fees, expenses or other charges associated with a current or subsequent mortgage servicer.